

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2015

No. 04-14-00556-CV

**IN THE INTEREST OF C.L.W., S.S.W., AND L.M.W.**, Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-15199
Honorable Richard Price, Judge Presiding

## ORDER

      The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to February 11, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Stephanie J. Bandoske
Bandoske, Augustine & Marvel, PLLC
3107 Broadway St.
San Antonio, TX 78209

Jessica L. Lambert
Attorney at Law
118 E. Ashby Place
San Antonio, TX 78212

Dinah L. Gaines
Staff Attorney
Bexar County Civil District Courts
100 Dolorosa, Ste. 1.10
San Antonio, TX 78205